Minutes
CT/cvphrg (January 10, 2002)

TOTAL TIME: ___ hours **50** minutes   DEPUTY CLERK **K. Ghilardi**   HONORABLE **M. R. Kravitz**   RPTR/ERO/TAPE **M. Sherman**

DATE **Nov 20, 2003**   START TIME **9:55**   END TIME **9:45**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Goldstein**

CIVIL NO. **3:03CV100MRK**

vs.

**Ibase Consulting**

Plaintiff's Counsel: **Anthony J. Pantuso**
☐ SEE ATTACHED CALENDAR FOR COUNSEL
Defendants' Counsel: **Stuart M. Katz**

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ #**19**  Motion **Mot to Dismiss and or**  ☒ granted ☑ denied ☐ advisement
☒ #●  Motion **order Compel arbitration**  ☒ granted ☐ denied ☐ advisement

Brief(s) due _____   Proposed Findings due _____   Response due _____

_____ Hearing continued until _____ at _____