UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Sherrie Goldstein, | : | |
| | : | |
| Plaintiff, | : | NO.   3:03cv100 (MRK) |
| | : | |
| v. | : | |
| | : | |
| Ibase Consulting | : | |
| of Fairfield County, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

The Court having conducted an oral argument on pending motions on November 20, 2003, it is hereby ordered as follows:

1. Defendants' Motion to Dismiss or, in the Alternative, Motion to Stay and for Order Compelling Arbitration [doc. #19] is hereby GRANTED in part and DENIED in part. For the reasons stated on the record in open court on November 20, 3003 and pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq*., the Court denies defendants' motion to dismiss but grants defendant's motion to stay and compels plaintiff to arbitrate the claims asserted in this action.

2. The parties are ordered to file a written status report with the Clerk's Office no later than **March 15, 2004**, detailing the status of the arbitration proceedings.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: November 20, 2003