UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

SHERIE GOLDSTEIN, individually
and on behalf of other similarly
situated individuals
                            Plaintiff                         Civil Action No.:

vs.

IBASE CONSULTING OF
FAIRFIELD COUNTY, LLC;
IBASE CONSULTING OF                                      3:03CV0100(MRK)
HARTFORD COUNTY, LLC;
IBASE CONSULTING OF
DALLAS, LLC; IBASE CONSULTING
OF NEW YORK, LLC AND IBASE
CONSULTING OF NEW JERSEY, LLC
                            Defendant                        APRIL 28, 2004
_____

### DEFENDANTS' MOTION TO VACATE

Pursuant to 9 U.S.C. § 10 of the Federal Arbitration Act ("FAA"), IBase Consulting of Fairfield County, LLC, IBase Consulting of Hartford County, LLC, IBase Consulting of Dallas, LLC, IBase Consulting of New York, LLC, and IBase Consulting of New Jersey (collectively "Defendants") hereby submit this Motion to Vacate the Clause Construction Award (the "Award") submitted by Joseph D. Garrison ("Arbitrator") on March 29, 2004 in the matter pending between the parties before the American Aribtration Association ("AAA"), Case No. 11 160 02760 03. The Clause Construction Award must be vacated because the Arbitrator imperfectly executed his powers and rendered the Award in manifest disregard of the law.

A memorandum in support of this motion is submitted herewith.

                THE DEFENDANTS

                By:_____

                Stuart M. Katz, Esq.
                Federal Bar No. ct 12088
                Cohen and Wolf, P.C.
                1115 Broad Street
                Bridgeport, CT 06604
                (203) 368-0211
                (203) 394-9901 fax
                skatz@cohenandwolf.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed postage prepaid this 28th day of April, 2004 to:

Anthony Pantuso, Esq.
Richard Hayber, Esq.
Hayber & Pantuso, LLC
221 Main Street
Suite 400
Hartford, CT 06106

William G. Madsen, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capital Avenue
Suite 201
Hartford, CT 06106

_____

Stuart M. Katz