UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

**SHERIE GOLDSTEIN, individually
and on behalf of other similarly
situated individuals**
                 **Plaintiff**                 **Civil Action No.:**

**vs.**

**IBASE CONSULTING OF
FAIRFIELD COUNTY, LLC;
IBASE CONSULTING OF**                **3:03CV0100(MRK)**
**HARTFORD COUNTY, LLC;
IBASE CONSULTING OF
DALLAS, LLC; IBASE CONSULTING
OF NEW YORK, LLC AND IBASE
CONSULTING OF NEW JERSEY, LLC**
                 **Defendant**                **APRIL 28, 2004**
_____

## NOTICE OF MANUAL FILING

      Please take notice that, IBase Consulting of Fairfield County, LLC, IBase Consulting of Hartford County, LLC, IBase Consulting of Dallas, LLC, IBase Consulting of New York, LLC, and IBase Consulting of New Jersey (collectively "Defendants") has manually filed the following document or thing

      Exhibits 1 through 4 to Defedants' Motion to Vacate

This document has not been filed electronically because

[ X ]    the document or thing cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure
          5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

        Respectfully submitted,
        THE DEFENDANTS


By:_____

        Stuart M. Katz, Esq.
        Federal Bar No. ct 12088
        Cohen and Wolf, P.C.
        1115 Broad Street
        Bridgeport, CT 06604
        (203) 368-0211
        (203) 394-9901 fax
        skatz@cohenandwolf.com