UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHERIE GOLDSTEIN, individually
and on behalf of other similarly
situated individuals
                        Plaintiff                          Civil Action No.

vs.

IBASE CONSULTING OF
FAIRFIELD COUNTY, LLC;
IBASE CONSULTING OF                      3:03CV0100(MRK)
HARTFORD COUNTY, LLC;
IBASE CONSULTING OF
DALLAS, LLC; IBASE CONSULTING
OF NEW YORK, LLC AND IBASE
CONSULTING OF NEW JERSEY, LLC
                        Defendant                        JUNE 2, 2004

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance in the above captioned case as counsel for all Defendants.

I certify that I am admitted to practice in this Court.

By: _____
A. Rachel Rothman (ct 23837)
Cohen and Wolf, P.C.
1115 Broad Street, P.O. Box 1821
Bridgeport, CT 06601
Tel.: (203)368-0211 / Fax: (203) 394-9901

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed postage prepaid this 2nd day of June, 2004 to:

Anthony Pantuso, Esq.
Richard Hayber, Esq.
Hayber & Pantuso, LLC
221 Main Street
Suite 400
Hartford, CT 06106

William G. Madsen, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capital Avenue
Suite 201
Hartford, CT 06106

*A. Rachel Rothman*
A. Rachel Rothman

2