UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Sherrie Goldstein, | : | |
| | : | |
| Plaintiff, | : | NO.   3:03cv100 (MRK) |
| | : | |
| v. | : | |
| | : | |
| Ibase Consulting of Fairfield County, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

For the reasons stated on the record at a hearing on August 2, 2004, the Court GRANTS Defendant's Motion to Vacate [doc. # 44] and remands the matter to the arbitrator in accordance with the Court's oral ruling on August 2, 2004.

IT IS SO ORDERED,


/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: August 2, 2004