FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

2005 APR -5 P 2: 57

U.S. ... COURT

| | | |
|---|---|---|
| **SHERIE GOLDSTEIN, individually and on behalf of other similarly situated individuals** | : | |
| **Plaintiffs** | : | **CIVIL ACTION NO.:** |
| | : | |
| | : | 3:03CV100 (MRK) |
| - against - | : | |
| | : | |
| **IBASE CONSULTING OF FAIRFIELD COUNTY, LLC, ET AL.** | : | |
| **Defendants.** | : | **MARCH 16, 2005** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Local Rules for this Court, the parties in the above action hereby stipulate to the voluntary dismissal of the entirety of the above-captioned action. Specifically, the parties voluntarily stipulate to the dismissal of all claims set forth in the above action. The parties further stipulate that said dismissal is <u>with</u> prejudice and is to occur <u>without</u> the imposition or award of fees or costs.

PLAINTIFF,
SHERIE GOLDSTEIN

By _____
Anthony J. Pantuso, III
Federal Bar No. ct11638
Hayber & Pantuso, LLC
221 Main Street, Suite 400
Hartford, CT 06106
(860) 522-8888
(860) 240-7945 (facsimile)
apantuso@hayberandpantuso.com

DEFENDANTS, IBASE CONSULTING OF
FAIRFIELD COUNTY, LLC, IBASE
CONSULTING OF HARTFORD COUNTY, LLC,
IBASE CONSULTING OF DALLAS, LLC, IBASE
CONSULTING OF NEW YORK, LLC and IBASE
CONSULTING OF NEW JERSEY, LLC

By_____
Stuart M. Katz, Esq.
Federal Bar No. ct 12088
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
(203) 368-0211
(203) 394-9901 (facsimile)
skatz@cohenandwolf.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing Stipulation of Dismissal with Prejudice was mailed postage prepaid this 4th day of April, 2005 to:

Anthony J. Pantuso, III
Hayber & Pantuso, LLC
221 Main Street
Suite 400
Hartford, CT 06106

_____
Stuart M. Katz